No. 73–5056.  HIGDON v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 73–5057.  OREE v. NEW YORK ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 73–5059.  SAIN v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 73–5060.  STAMEY v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 73–5062.  BLACKMON v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 73–5066.  D'AVANZO v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 73–5069.  HALL ET AL. v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 73–5073.  THOMAS v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 73–5074.  MURPHY v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 73–5075.  ESTRADA v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 73–5077.  WALLS v. UNITED STATES; and
No. 73–5089.  JOHNSON, AKA MOON v. UNITED STATES. C. A. 3d Cir.  Certiorari denied.

No. 73–5078.  CHODOR v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 73–5085.  BEASLY v. UNITED STATES; and
No. 73–5097.  HICKS v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.